# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2564
LT Case No. 2021-CF-004438-A

_____

LOGAN LEVI ALEXANDER WIER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa Diane Herndon, Judge.

Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

May 12, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____